ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JESSICA O. CHEH (California Bar No. 254012)
KATHLEEN R. UNGER (California Bar No. 272279)
Assistant United States Attorneys
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-0886/8341
        Facsimile: (213) 894-7819
        E-mail: jessica.cheh@usdoj.gov
                kathleen.unger@usdoj.gov

Attorneys for Federal Defendant United States of America

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LAVAKE COWART AND MAI PHAM COWART,<br><br>     Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | CV 13-01900 JFW (MRWx)<br><br>**ORDER DISMISSING ACTION**<br><br>Hon. John F. Walter |

Pursuant to the Stipulation for Compromise Settlement and Dismissal filed in the above-titled action by and between Federal Defendant United States of America and Plaintiffs Lavake and Mai Pham Cowart ("Plaintiffs"):

**IT IS HEREBY ORDERED:**

1. Plaintiffs' action is dismissed with prejudice in its entirety;

2. Each party shall bear their own costs of suit and attorney's fees; and

3. The Court retains jurisdiction pending payment of the settlement.

Dated: <u>November 6, 2013</u>

JOHN F. WALTER

United States District Judge

1